```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 16869
   LUIS J PEREZ
   WANDA L PEREZ                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-6583    SSN XXX-XX-0177
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 12/19/2006 and was confirmed 03/19/2007.

The plan was confirmed to pay secured creditors 100% and unsecured creditors  22.00%.

The case was converted to chapter 7 after confirmation 01/06/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2141.98 | .00 | 256.05 |
| ECAST SETTLEMENT CORP | UNSECURED | 10710.83 | .00 | 1280.32 |
| CAPITAL ONE | UNSECURED | 5791.13 | .00 | 692.25 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 603.57 | .00 | 72.15 |
| CITIFINANCIAL SERVICES | UNSECURED | 10118.30 | .00 | 1209.50 |
| CHARMING SHOPPES FASHION | UNSECURED | 254.06 | .00 | 30.36 |
| ECAST SETTLEMENT CORP | UNSECURED | 19597.43 | .00 | 2342.58 |
| ECAST SETTLEMENT CORP | UNSECURED | 368.47 | .00 | 34.27 |
| RICHARD A SNOW | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 897.67 | .00 | 95.40 |
| JOSEPH P DOYLE | DEBTOR ATTY | 2,354.00 | | 2,354.00 |
| TOM VAUGHN | TRUSTEE | | | 635.22 |
| DEBTOR REFUND | REFUND | | | 23.38 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 9,025.48 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 6,012.88 |
| ADMINISTRATIVE | | 2,354.00 |
| TRUSTEE COMPENSATION | | 635.22 |
| DEBTOR REFUND | | 23.38 |
| TOTALS | 9,025.48 | 9,025.48 |

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 16869 LUIS J PEREZ & WANDA L PEREZ

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/17/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE